**SO ORDERED.**

**SIGNED this 14 day of July, 2021.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

**IN RE:**

| | |
|---|---|
| **EDNA CELENA RICHARDSON** | **CASE NO: 20-02883-5-JNC** |
| **175 WILL RICHARDSON ROAD** | **CHAPTER 13** |
| **ENFIELD, NC  27823** | |
|     **DEBTOR** | |

## CONSENT ORDER

    **THIS MATTER** coming on to be heard before the Court upon the Motion to Dismiss ("Motion") filed by the Chapter 13 Trustee and response filed by the Debtor;

    **AND IT APPEARING TO THE COURT** that the Debtor and the Chapter 13 Trustee have consented to resolve this matter and request the entry of this Consent Order;

    **NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is denied.

2. The Debtor shall resume regular monthly payments in the amount of $1,095.00 beginning with the payment due August 1, 2021.

3. The Debtor shall make additional payments each month in the amount of $730.00 beginning August 1, 2021 and continuing monthly thereafter for a period of six (6) months to bring the plan current.

4. In the event the Debtor fails to make any regular payment or additional payment within 30 days of the due date, this case will be deemed immediately dismissed upon notification by the Trustee to the Court without the need for the Trustee to reapply to the Court.  This automatic dismissal provision will terminate after six (6) months, applying to payments

starting on August 1, 2021 and continuing to and including the payment due on January 1, 2022.

**CONSENTED TO:**

/s/ Joseph A. Bledsoe, III
**JOSEPH A. BLEDSOE, III**
**Chapter 13 Trustee**
PO Box 1618
New Bern, NC  28563
(252) 633-0074
NC State Bar No.:  19817
chapter13@bledsoe13.com

/s/ Palmer E. Huffstetler, III
**PALMER E. HUFFSTETLER, III**
**Attorney for Debtor**
Sosna & Huffstetler Law Offices, PLLC
3031 Zebulon Road
Rocky Mount, NC  27804
(252) 937-3027
NC State Bar No.:  47818
peh@sosnalaw.com

**"End of Document"**